Original

James S. Davis OSB#982070
P.O. Box 7399
Salem, OR 97302
Phone:(503)363-8661
Fax:   (503)363-8681
Jamesdee3080@msn.com

FILED'10 AUG 6 16:11 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DISTRICT

KARA LYNNE SISLEY,

            Plaintiff,

     vs.

CHANDA CORPORATION DBA

CIDDICI'S PIZZA AND TARIQ

SIDDIQUI

            Defendants.

_____

) Case No. **CV'10-6237    TC**
)
)
) **COMPLAINT-STATE STATUTORY**
) **DISCRIMINATION; TITLE VII**
) **DISCRIMINATION; INFLICTION OF**
) **EMOTIONAL DISTRESS; WRONGFUL**
) **TERMINATION**
)
)
)
)
)
)
)
)
)

Plaintiff alleges:

## JURISDICTION

1.

     Jurisdiction is conferred upon this Court by 28 U.S.C. §
1331 and brought pursuant to claims under 42 USC § 2000.
Plaintiff requests a jury trial in this matter.

2.

     Jurisdiction is appropriate for this Court after
plaintiff's receipt of a right to sue letter from the Equal
Employment Opportunity Commission and the Oregon Bureau of Labor
and Industries dated May 27, 2010.

Page | **1** Complaint

R.T.# # 35087

### SUPPLEMENTAL JURISDICTION

3.

This Court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367. Plaintiff's state law claims are so closely related to her federal law claims that they form part of the same case or controversy under Article III of the United States Constitution.

### VENUE

4.

Venue is appropriate in this Court under 28 U.S.C. § 1391 because the events giving rise to this complaint occurred in Linn County, Oregon. Plaintiff requests a jury trial in this matter.

5.

Plaintiff and defendants are resident in Linn County, Oregon. Defendant has employed more than fifteen employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year.

### FACTUAL ALLEGATIONS

6.

Plaintiff is woman who was employed by Ciddici's Pizza from October, 2008 to August, 2009.

7.

Almost on a daily bases Tariq Siddiqui (Siddiqui) would approach plaintiff and place his hands on her body. He would rub her shoulders and the small of her back. He would also hug plaintiff and attempt to pull her close to him by putting his arms around plaintiff's waist and pulling plaintiff towards him.
//

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

8.

When Siddiqui would walk past plaintiff and wanted her to move out of his way, he would not ask her to move. Siddiqui always physically touched plaintiff and moved her out of the way by placing his hand on her body.

9.

Plaintiff asked Siddiqui to not touch her many times. One time plaintiff requested that Siddiqui no longer touch her, at the time he had both of his hands on her arm. He replied "oh okay, sorry, sorry." He left plaintiff alone for a few days, then it started again. Siddiqui walked past plaintiff and brushed his hand firmly across her butt. The following Saturday evening, plaintiff was making a pizza and Siddiqui came up behind her and placed both of his hands on her hips in an inappropriate manner.

10.

On Thursday May 14, 2009, there were at least two different occasions Siddiqui came up to plaintiff and rubbed her back. This was after she had asked Siddiqui to stop touching her.

11.

On Friday May 15, 2009, Siddiqui came up to plaintiff and started rubbing or caressing her arm. This was after she had asked Siddiqui to stop touching her.

12.

On Saturday May 16, 2009, Siddiqui came up from behind plaintiff and ran his hand from her left shoulder down to her

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

1   waist.   This was after she had asked Siddiqui to stop touching
2   her.

3                               13.

4       On Sunday May 17, 2009, Siddiqui came up to plaintiff and
5   said "you know I love you baby."

6                               14.

7       On Monday May 18, 2009, Siddiqui, David a co-worker, and
8   plaintiff were standing watching camera footage on T.V.
9   Siddiqui then placed his hand on the left side of plaintiff's
10  neck and started rubbing or caressing her downward, first her
11  neck, then her shoulder, and then down to her waist.

12                              15.

13      Siddiqui would do sexual explicit things behind plaintiff's
14  back.   On one occasion, Brian, informed plaintiff that as she
15  was bending over to empty garbage, Siddiqui was behind her
16  making motions as if he were smacking plaintiff's butt or
17  spanking plaintiff.   Plaintiff has witness Siddiqui touch and
18  make comments about other employees throughout the time she
19  worked at Ciddici's Pizza.

20             **FIRST CLAIM-STATE STATUTORY DISCRIMINATION**
21                   **(Count 1- Sex Discrimination)**
22                              16.

23      Plaintiff realleges paragraphs 1-15.   According to ORS
24  659A.030(1)(a) and (b), it is an unlawful employment practice,
25  "for an employer, because of an individual's race, religion,
26  color, sex, national origin, marital status or age if the
27  individual is 18 years of age or older, . . . to refuse to hire

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

1  or employ or to bar or discharge from employment such individual

2  [or] . . . to discriminate against such an individual in

3  compensation or in terms, conditions, or privileges of

4  employment."  Discrimination committed by the defendants as

5  alleged above, affected plaintiff's employment opportunities,

6  compensation, terms, conditions, and privileges of employment in

7  violation of this statute.

8                              17.

9      Plaintiff suffered from discrimination based on her sex as

10 described in the paragraphs above.  Defendants' adverse

11 employment actions toward plaintiff negatively affected her

12 terms, conditions, and privileges of employment in violation of

13 ORS 659A.030 (a) and (b).

14                              18.

15     Plaintiff has suffered economic and non-economic damages in

16 an amount to be determined at trial, as a result of defendants

17 discrimination, plaintiff requests equitable relief including

18 back pay and reasonable attorney fees and costs pursuant to ORS

19 659A.885.

20              **(Count 2-Retaliation Sex Discrimination)**

21                              19.

22     Plaintiff realleges paragraphs 1-18.  According to ORS

23 659A.030(1)(f), it is an unlawful employment practice, "for any

24 person to discharge, expel or otherwise discriminate against any

25 other person because that other person has opposed any unlawful

26 practice, or because that other person has filed a complaint,

27 testified or assisted in any proceeding under this chapter or

28

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

1  has attempted to do so."  Discrimination committed by the

2  defendants, as alleged above, affected plaintiff's employment

3  opportunities, compensation, terms, conditions, and privileges

4  of employment in violation of this statute.

5                          20.

6      Plaintiff suffered from retaliation based on her complaints

7  of sexual discrimination as described in the paragraphs above.

8  Defendants' retaliation toward plaintiff negatively affected her

9  terms, conditions, and privileges of employment in violation of

10  ORS 659A.030(1)(f).

11                          21.

12      Plaintiff has suffered economic and non-economic damages in

13  an amount to be determined at trial, as a result of defendants'

14  discrimination, plaintiff requests equitable relief including

15  back pay and reasonable attorney fees and costs pursuant to ORS

16  659A.885.

17          **(Count 3—Hostile Work Environment Sex Discrimination)**

18                          22.

19      Plaintiff realleges paragraphs 1-21.  According to ORS

20  659A.030(1)(b), it is an unlawful employment practice, "for an

21  employer, because of an individual's race, religion, color, sex,

22  national origin, marital status or age if the individual is 18

23  years of age or older, . . . to discriminate against such an

24  individual in compensation or in terms, conditions or privileges

25  of employment."  Discrimination committed by defendants affected

26  plaintiff's employment opportunities, terms, conditions and

27  privileges of employment in violation of the statute.

28

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503) 363-8661 FAX (503) 363-8681

23.

Plaintiff suffered from discrimination in the form of a hostile work environment based on her sex.  Defendants' discrimination negatively affected plaintiff's employment in violation of ORS 659A.030(1)(b).

24.

Plaintiff has suffered economic and non-economic damages in an amount to be determined at trial, as a result of defendants' discrimination, plaintiff requests equitable relief including back pay and reasonable attorney fees and costs pursuant to ORS 659A.885.

## SECOND CLAIM-VIOLATION OF TITLE VII

### (Count 1-Sex Discrimination, 42 U.S.C. § 2000e)

25.

Plaintiff realleges paragraphs 1-24.  42 U.S.C. § 2000e-2(a) provides: "it shall be an unlawful employment practice for an employer" to discharge an individual, "or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment because of such individuals race, color, religion, sex, or national origin . . .".

26.

Plaintiff is a woman.  Defendants' employed plaintiff during the time in question.  During the course of plaintiff's employment with defendants, plaintiff suffered from discrimination based on her sex.  Incidents of sexual discrimination committed by defendants resulted in plaintiff

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

1  being denied compensation, and adversely affected plaintiff's

2  terms, conditions, and privileges of employment in violation of

3  42 U.S.C. § 2000e-2(a).

27.

5  Defendants discriminated against plaintiff in the terms,

6  conditions, and privileges of her employment on the basis of her

7  sex. As a result of this discrimination, plaintiff was denied

8  compensation, and adversely affected plaintiff's terms,

9  conditions, and privileges of her employment.

28.

11  Plaintiff has suffered economic and non-economic damages in

12  an amount to be determined at trial, as a result of defendants'

13  discrimination, plaintiff requests equitable relief including

14  back pay and reasonable attorney fees and costs pursuant to 42

15  U.S.C. § 1988.

**(Count 2—Retaliation Sex Discrimination, 42 U.S.C. § 2000e)**

29.

Plaintiff realleges paragraphs 1-28. 42 U.S.C. § 2000e-3

provides in relevant part: "it shall be an unlawful employment

practice for an employer to discriminate against any of his

employees . . . because he has opposed any practice made an

unlawful employment practice by this sub-chapter."

30.

Plaintiff complained about being treated differently due to

her sex. After this complaint, defendants retaliated against

plaintiff.

//

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

31.

Defendants retaliation toward plaintiff, because she complained about sex based discriminatory conduct, constitutes a violation of 42 U.S.C. § 2000e-3(a) for which plaintiff is entitled to relief.

32.

Plaintiff has suffered economic and non-economic damages in an amount to be determined at trial, as a result of defendants' discrimination, plaintiff requests equitable relief including back pay and reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988.

**(Count 3-Hostile Work Environment Sex Discrimination, 42 U.S.C. § 2000e)**

33.

Plaintiff realleges paragraphs 1-32.  During the course of plaintiff's employment with defendant, plaintiff suffered from discrimination based on her sex.  Incidents of sexual discrimination committed by defendants resulted in plaintiff being denied compensation, and adversely affected plaintiff's terms, conditions, and privileges of her employment in violation of 42 U.S.C. § 2000e-2(a).

34.

Defendants' actions created a hostile work environment toward woman that plaintiff was subjected to.

35.

Defendants' hostile work environment and the actions of its employees, as provided in the paragraphs above, affected

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

plaintiff's ability to perform her job, and caused plaintiff to

suffer emotional distress in the performance of her job.

36.

Defendants' hostile work environment toward plaintiff,

because she is a woman, constitutes a violation of 42 U.S.C. §

2000e-2(a) for which plaintiff is entitled to relief.

37.

Plaintiff has suffered economic and non-economic damages in

an amount to be determined at trial, as a result of defendants'

discrimination, plaintiff requests equitable relief including

back pay and reasonable attorney fees and costs pursuant to 42

U.S.C. § 1988.

### THIRD CLAIM-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

38.

Plaintiff realleges paragraphs 1-37. Plaintiff had an

employer-employee relationship with defendants. Defendants knew

that the aforementioned conduct would cause severe mental or

emotional distress or acted despite a high degree of probability

that the mental or emotional distress would result.

39.

Defendants' conduct caused plaintiff severe mental or

emotional distress from the foreseeable highly unpleasant

emotional reactions including fright, grief, shame, humiliation,

embarrassment, anger, disappointment, and worry. Plaintiff has

also suffered from depression as a result of being subjected to

defendants' discriminatory employment practices.

//

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

40.

Defendants' conduct was an extraordinary transgression of the bounds of socially tolerable conduct or exceeded any reasonable limit of social toleration.

41.

As a result of defendants' intentional actions, plaintiff has suffered economic damages and non-economic damages in the form of severe emotional distress in an amount to be determined at trial.

**FOURTH CLAIM-RECKLESS INFLICTION OF EMOTIONAL DISTRESS**

42.

Plaintiff realleges paragraphs 1-41. Defendant, Siddiqui, in the course and scope of his employment and ownership recklessly engaged in the aforementioned actions causing severe mental or emotional distress in the form of fright, grief, shame, humiliation, embarrassment, anger, disappointment, worry. Plaintiff has also suffered from depression as a result of being subjected to defendant's actions.

43.

The aforementioned actions of defendant consisted of an extraordinary transgression of contemporary standards of civilized conduct toward a person in the work environment.

44.

As a result of defendant's reckless actions, plaintiff has suffered economic damages and non-economic damages in an amount to be determined at trial.

//

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

### FIFTH CLAIM—WRONGFUL DISCHARGE

45.

Plaintiff realleges paragraphs 1-44.  Defendants wrongfully discharged plaintiff from her employment on or about August, 2009.

46.

Defendants wrongfully discharged plaintiff because she exercised a legal right related to her status or role as an employee that is of important public interest.

47.

Plaintiff requested that defendants not discriminate against her.  Making these requests is a legal right that is related to plaintiff's status or role as an employee.  Making those requests is of important public interest to protect the rights of plaintiff and other employees.  Plaintiff had a societal obligation to complain about discrimination in the work place.

48.

As a result of plaintiff's wrongful discharge, plaintiff suffered economic damages and non-economic damages in an amount to be determined at trial.

WHEREFORE, Plaintiff requests the following for her claims for relief:

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

1.    First Claim for Relief against Defendants:

a.    Count 1: Plaintiff seeks economic damages non-economic damages in an amount to be determined at trial.  Plaintiff seeks recovery of all compensatory damages provided by law, in addition to equitable relief and reasonable attorney fees and costs pursuant to ORS 659A.885.

b.    Count 2: Plaintiff seeks economic damages non-economic damages in an amount to be determined at trial.  Plaintiff seeks recovery of all compensatory damages provided by law, in addition to equitable relief and reasonable attorney fees and costs pursuant to ORS 659A.885.

c.    Count 3: Plaintiff seeks economic damages non-economic damages in an amount to be determined at trial.  Plaintiff seeks recovery of all compensatory damages provided by law, in addition to equitable relief and reasonable attorney fees and costs pursuant to ORS 659A.885.

2.    For Plaintiff's Second Claim for Relief against Defendants:

a.    Count 1: Plaintiff seeks economic damages and non-economic damages in an amount to be determined at trial. Plaintiff seeks recovery of all compensatory damages provided by law, in addition to equitable relief and reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988.

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

b.    Count 2: Plaintiff seeks economic damages and non-economic damages in an amount to be determined at trial. Plaintiff seeks recovery of all compensatory damages provided by law, in addition to equitable relief and reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988.

c.    Count 3: Plaintiff seeks economic damages and non-economic damages in an amount to be determined at trial. Plaintiff seeks recovery of all compensatory damages provided by law, in addition to equitable relief and reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988.

3.   For Plaintiff's Third Claim for Relief against Defendants: Plaintiff requests economic damages and non-economic damages in an amount to be determined at trial.

4.   For Plaintiff's Fourth Claim for Relief against Defendants: Plaintiff requests economic damages and non-economic damages in an amount to be determined at trial.

//

//

//

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681

5.    For Plaintiff's Fifth Claim for Relief against Defendants:

    Plaintiff requests economic damages and non-economic

damages in an amount to be determined at trial.


DATED this 6 day of August, 2010

                              _____
                              James S. Davis OSB #982070
                              Of Attorneys for Plaintiff

JAMES S DAVIS ATTORNEY AT LAW P.C
P.O. BOX 7399
SALEM, OR 97303
OFFICE (503)363-8661 FAX (503) 363-8681